Craig Lee Vandagriff    RP8944
Name and Prisoner/Booking Number

Folsom State Prison /1-A5-2
Place of Confinement

P.O. Box 715071
Mailing Address

Represa, Ca. 95671-5071
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

> **FILED**
>
> **Apr 06, 2022**
>
> CLERK, U.S. DISTRICT COURT
> EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

CRAIG LEE VANDAGRIFF
(Full Name of Plaintiff)        Plaintiff,

v.

(1) RICK M. HILL; Warden-FSP
(Full Name of Defendant)

(2)

(3)

(4)
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO.   2:22-cv-603-KJN (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   - ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   - ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   - ☐ Other: _____

2. Institution/city where violation occurred: Folsom State Prison (FSP)

## B. DEFENDANTS

1.  Name of first Defendant: _Rick M, Hill_____. The first Defendant is employed as:
    _____Warden_____ at _Folsom State Prison_____.
    (Position and Title) (Institution)

2.  Name of second Defendant: _____. The second Defendant is employed as:
    _____at_____
    (Position and Title) (Institution)

3.  Name of third Defendant: _____. The third Defendant is employed as:
    _____at_____
    (Position and Title) (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as:
    _____at_____
    (Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?     ☐ Yes     ☒ No

2.  If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____.

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____.

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

### D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _8th and 14th Amendments_

2. **Claim I.** Identify the issue involved. **Check only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _Failure to Protect From Deadly Virus - COVID-19_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   This is a complaint for negligence by custody concerning the COVID-19 Pandemic that caused me harm by subjecting me to the deadly virus, which, I've contracted by this negligence.
   An outbreak has happened because CDCR/FSP failed to release prisoner's to reduce the population to actual capacity to be able to effectively isolate/quarantine any case to that single cell. The Plata/Coleman Court gave the Governor the Authority to exact such releases and failed to protect me from contracting the Deadly COVID-19 virus inundating the Nation.
   It appears that FSP is not/was not even honoring the 137.5% Capacity Population Cap settled for in that Class Action Lawsuit in which I am a member. FSP has attempted to blame FSP-Medical for it's responsibility to exact releases so each cell could become quarantine space, instead, negligently scrambled to make B-R1dg a quar-antine space - moving COVID-19 infected from there causing outbreaks in other Buildings due to not having them single cell.
   FSP Custody was Negligent in not detecting FSP-Medical's Gross Incompetence for not testing vaccinated person's for COVID-19. Since a person whom has contracted COVID-19 will test positive for up to 3-Months, it is highly possible that this outbreak actually happened up to 2-Months ago and FSP-Medical is now running around like "Keystone cops" trying to close the barn door after the horse has gotten out, came back, and gotten out again subjecting me to the deadly virus by their gross Incompetence.
   _(Please See Claim I continued)_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   CDCR/Defendant deliberately infected me with the Deadly Virus-Covid-19/CDCR-Defendant-failed to protect me from contracting the Deadly Virus Covid-19

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _CDCR-Deemed "The decision exhausts all administrative remedies available to you for this claim." (see Exhibit-A)_

## CLAIM II

1.  State the constitutional or other federal civil right that was violated: _____
_____

2.  **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
☐ Basic necessities          ☐ Mail            ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your
        institution?                                                          ☐ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Claim II?         ☐ Yes  ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level? ☐ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
        did not. _____
        _____.

Claim I Continued

Lastly, CDCR/FSP has a Federal Constitutional Duty to protect me from the deadly virus and did not. Also, treating us like dogs - not Covid-19 patients - requiring, by threat, to move to a quarantine Bldg. not once considering the physical stress/damage it could cause those with the active symptoms whose bodies are fighting the internal battle. I'm asking that CDCR/FSP accept $100,000. of liability.

# CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____
    _____

2.  **Claim III.** Identify the issue involved.  Check **only one.**  State additional issues in separate claims.
    - ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
    - ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
    - ☐ Excessive force by an officer      ☐ Threat to safety      ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III.  Describe exactly what each **Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _____
    _____
    _____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim III?      ☐ Yes   ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?      ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
        _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

*$100,000. in punitive and compensitory Damages*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3-23-22___
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.  Remember, there is no need to attach exhibits to your complaint.

(Exhibit A)
P. 8-14



CALIFORNIA DEPARTMENT of
**Corrections and Rehabilitation**

## OFFICE OF GRIEVANCES DECISION

**Offender Name:** VANDAGRIFF, CRAIG LEE      **Date:** 02/04/2022

**CDC#:** BP8944

**Current Location:** FOL-Facility A      **Current Area/Bed:** A 001A5 - 002001L

**Log #:** 000000216263

**Claim #: 001**

**Received at Institution/Parole Region:**    Folsom State Prison

**Submitted to Facility/Parole District:**    FOL-Facility A

**Housing Area/Parole Unit:**

**Category:**  General Employee Performance      **Sub-Category:**  Substandard Performance

The California Department of Corrections and Rehabilitation received your grievance on 01/27/2022 which you submitted on 01/26/2022.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

**Decision: Allegation of Staff Misconduct**

Important Information (Staff Misconduct) Jan 13th.22 (F.S.P quarantine COVID-19 outbreak) That same day I gave a Neg. test for COVID-19, and was moved from B5-C2-22 to DHA5-0? Both buildings on quarantine, Building I was infected both with COVID-19. I then tested Possitive the next week. CDCR shouldn't have moved me out of isolation/quarantine to another Building which gave me this deadly virus. Quarantine means no movement until quarantine is lifted. unless a inmate tested possitive for COVID-19. Then the inmate should be moved to a isolated cell by him self/quarantine. Not moved from isolated cell, to where all the COVID-19 is at. With that said, I was forced to talk on this deadly virus (violating my rights) Not to mention, I have Tuberculosis. I got it in 1994 in C.Y.A. (California Youth Authority) It is an infection that affects the lungs. Don't know how its going to play out with COVID-19. C.D.C.R/custody, won't give me a copy of the building and bed changes that I was forced to make during this COVID-19/Prison quarantine/Pandemic, and caused me to test possitive for this deadly virus.

8

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**GRIEVANCE**
CDCR 602-1 (03/20)

216263

Page 1 of 2

| **STAFF USE ONLY** | Grievance #:_____ | Date Received **RECEIVED** |
|---|---|---|
| | Date Due:_____ | |
| | Categories:_____ | JAN 27 2022 |

*This **is** the process to ask for help with a complaint.*

BY FSP APPEALS OFFICE

Claimant Name: Vandagriff, Craig   CDCR #: BP8944   Current Housing/Parole Unit: 5-D2-19

Institution/Facility/Parole Region: Folsom State Prison

In order for the Department to understand your complaint, make sure you have answered the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned.
- What specific action would resolve your complaint?

This is a complaint for negligence by custody concerning the COVID-19 Pandemic that caused me harm by subjecting me to the deadly virus, which, I've contracted by this negligence:

An outbreak has happened because CDCR/FSP failed to release prisoners to reduce the population to actual capacity to be able to effectively isolate/quarantine any case to that single cell. The Plata/Coleman Court gave the Governor the Authority to exact such releases and the Governor gave CDCR/FSP the same Authority and CDCR/FSP, negligently, did not exact releases and failed to protect me from contracting the deadly COVID-19 virus inundating the Nation.

It appears that FSP is not/was not even honoring the 137.5% Capacity Population Cap settled for in that Class Action Lawsuit in which I am a member. FSP has attempted to blame FSP-Medical for its responsibility to exact release so each cell could become quarantine space, instead, negligently scrambled to make 5-Bldg. a quarantine space - moving COVID-19 infected from there causing outbreaks in other Buildings due to not housing them single cell.

FSP-Custody was negligent in not detecting FSP-Medical's Gross Incompetence for not testing vaccinated person's for COVID-19. Since a person whom has contracted COVID-19 will test positive for up to 3-months, it's highly possible that this outbreak actually happened up to 2-months ago and FSP-Medical is now running around like "Keystone Cops" trying to close the barn door after the horse has gotten out, came back, and gotten out again subjecting me to the deadly virus by their Gross Incompetence.

Lastly, CDCR/FSP has a Federal Constitutional Duty to protect me from the deadly virus and did not. Also, treating us like dogs - not COVID-19 patients - requiring, by threat, to move to a quarantine Bldg. not once considering the physical stress/damage it could cause those with active symptoms whose bodies are fighting the internal battle.

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

I'm asking that CDCR/ESP accept $100,000. of liability.

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

**Claimant Signature:** _____  **Date Signed:** \-26-22

**DISTRIBUTION**   Original: Offender's File   Copies: DAI, DAPO, and Offender

10

Patient education materials

# Tuberculosis

Tuberculosis (TB) is an infection that harms body tissues. TB usually affects your lungs but can affect other parts of your body. There are two stages of TB:

- Active TB. This means you have the symptoms of TB, and it can easily spread from person to person (*contagious*).
- Latent TB. This means you do not have any symptoms of TB, and you are not contagious.

It is important to get treatment no matter what type of TB you have.



## HOME CARE

- Take your antibiotic medicine as told by your doctor. Finish it all even if you start to feel better.
- Keep all follow-up visits as told by your doctor. This is important.
- Tell your doctor about all of the people you live with or with whom you have close contact. Your doctor or the Department of Health may talk to these people about being tested for TB.
- Rest as needed.
- **Do not** use any tobacco products, including cigarettes, chewing tobacco, or electronic cigarettes. If you need help quitting, ask your doctor.
- Avoid close contact with others, especially infants and older people. Do this until your doctor says you will no longer spread TB.
- Cover your mouth and nose when you cough or sneeze. Get rid of used tissues as told by your doctor.
- Wash your hands often with soap and water.

**7410 (SOMS)** 12/05/21 13:26:10 PST, P, 7410 Expire Date 12/31/9999, LBO, LB due to medical condition

**DPC** 11/16/21 8:35:06 PST, DPC 2


**DPW**= Full Time Wheelchair User Impacting Placement Impacting Placement

**DPO**= Intermittent Wheelchair User

**DPM**=Mobility Impairment Impacting Placement Placement

**DLT**=Requires Level Terrain NOT Impacting

**DPH**=Deaf/Hearing Impairment Impacting Placement Placement

**DNH**=Hearing Impairment NOT Impacting

**DPV**=Blind/Vision Impairment Impacting Placement

**BFWCO**=Barrier Free Wheelchair

**GFLS**= Ground Floor-Limited Stairs

**GFNS**=Ground Floor-No Stairs

**LBO**= Lower/Bottom Bunk Only

**IAA**=Inmate Attendant/Assistant

**WCFT**=Full Time Wheelchair User

**WCLT**=Limited Wheelchair User

**TVWL**=Transport Vehicle with Lift

**SC**=Special Cuffing Needed,

**ETM**=Extra Time for Meals

**UVX**=UV Exposure Restrictions

**WRN**=No Rooftop Work

**DKD**=Kidney Disease


**UNST**=Unrestricted

**LR**=Lifting Restriction- Unable to Lift more than 19 Pounds

**DNM**= Mobility Impairment (Lower Extremities) NOT Impacting Placement

- **Do not** go back to work or school until your doctor says it is okay.

## GET HELP IF:

- You have new symptoms.
- You are not hungry.
- You feel sick to your stomach (*nauseous*) or throw up (*vomit*).
- Your pee (*urine*) is dark yellow.
- Your skin or the white part of your eyes turns a yellowish color.
- Your symptoms do not go away or get worse.
- You have a fever.

## GET HELP RIGHT AWAY IF:

- You have chest pain.
- You cough up blood.
- You have trouble breathing or feel short of breath.
- You have a headache or stiff neck.

## MAKE SURE YOU:

- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 10/15/2010 Document Revised: 01/08/2016 Document Reviewed: 03/25/2015
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

**Name:** VANDAGRIFF, CRAIG LEE

**CDCR:** BP8944

## NO INMATE HEAT PASS

The patient is currently not prescribed any heat medication.

# UNITED STATES DISTRICT COURT
Eastern District Court of California
Keith Holland, Clerk
Jenna Nelson, Chief Deputy

CLERK'S NOTICE

☐ **REPLY TO:**
Divisional Office
2500 Tulare St. #1-500
Fresno, California 93721

☒ **REPLY TO:**
Office of the Clerk
501 I Street #4-200
Sacramento, CA 95814

TO:
Craig Lee Vandagriff ~~PB-8944~~ VP 8944
Folsom State Prison
P.O. Box 715071
Represa, CA 95671-5071

Case Number:  n/a

RE:  Pleadings and/or Correspondence received on :  3/28/2022

☒  **E-FILING** : Pursuant to Standing Order of the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission of Prisoner Litigation filed by Plaintiffs Incarcerated", the document(s) can not be filed because your institution participates in the e-filing program with the court. Per the Standing Order, the document(s) is (are) returned unfiled and must be filed under E-Filing procedure with the Librarian/Litigation Coordinator. When filing documents under E-Filing procedures, please include this document (Clerk's Notice) with the e-filing documents.

Thank you for your future attention to this matter.

lms

3/28/2022

Deputy Clerk                    Date