UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG LEE VANDAGRIFF, | No.  2:22-cv-0603 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| RICK M. HILL, Warden, | |
| Defendant. | |

Plaintiff filed a motion for extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 12) is granted; and

2.  Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated:  June 28, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hh/cw/vand0603.36