UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG LEE VANDAGRIFF,<br><br>    Plaintiff,<br><br>    v.<br><br>RICK M. HILL,<br><br>    Defendant. | No. 2:22-cv-00603-DAD-KJN (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO STATE A CLAIM<br><br>(Doc. No. 17) |

Plaintiff Craig Lee Vandagriff is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On September 27, 2022, the assigned magistrate judge screened plaintiff's first amended complaint ("FAC") and issued findings and recommendations recommending that this action be dismissed, without leave to amend, due to plaintiff's failure to state a cognizable claim upon which relief may be granted. (Doc. No. 17.) Specifically, the magistrate judge noted that "despite being informed that negligence is insufficient to state a cognizable civil rights claim, plaintiff again pled allegations based on negligence," and "[i]t appears that plaintiff is unable to allege specific facts demonstrating defendant Hill was deliberately indifferent to an excessive risk of harm to inmate safety." (*Id.* at 5.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14)

days from the date of service. (*Id.* at 5–6.) To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on September 27, 2022 (Doc. No. 17) are adopted in full;
2. This action is dismissed due to plaintiff's failure to state a cognizable claim for relief; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **December 2, 2022**

_____
UNITED STATES DISTRICT JUDGE